LONDON FISCHER LLP
59 Maiden Lane
New York, New York 10038
t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

September 18, 2026

*VIA PACER*
Hon. Gabriel W. Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

MEMORANDUM ENDORSED

Re: *Yoidi A. Lora Paez v. Joseph Reed and Cowan Intermodal Group LLC*
USDC – SDNY : 1:25-cv-04104

Dear Magistrate Gorenstein:

I represent Defendants Joseph Reed and Cowan Intermodal Group LLC (hereinafter "Defendants") in the above-referenced matter.

This letter motion is submitted pursuant to Your Honor's Individual Practice Rules, in support Defendants' third motion, made Pursuant to FRCP 37 (a)(3)(B)(iv), compelling plaintiff to fully comply with defendants' Notice to Produce served on July 29, 2026.

*Procedural History and Attempts to Confer Related to Subject Discovery:*

Plaintiff's deposition was held on July 21, 2026. On July 29, 2026, Defendants' served a Notice to Produce on Plaintiff based upon outstanding discovery ascertained from his deposition, a copy of which is attached hereto as Exhibit "1". After not receiving a response, I sent a good faith email to handling counsel, Cynthia Attard, on September 9, 2026 asking when discovery responses would be forthcoming and attached a courtesy copy of the Notice to Produce. After not receiving a response to my email, I contacted Plaintiff counsel's office on September 11, 2026 at 4:47 p.m. Ms. Attard was not available so I left a message with secretary Jaime that I needed to schedule a "meet and confer" conference regarding outstanding discovery. I then followed up with an email to Ms. Attard that I had tried contacting her. To date, I have not received a response. This is consistent with the July 31, 2026 letter motion to extend the discovery briefing schedule that I submitted. I had sent several emails to Ms. Attard to work out the discovery briefing schedule but never received a response. This resulted in me submitting the proposed discovery schedule on my own.

Wherefore, it is respectfully requested that Your Honor issue an Order compelling the Plaintiff to respond to Defendants' Notice to Produce.

This is the first motion to compel.

Respectfully submitted,

LONDON FISCHER LLP

Louis T. Cornacchia III, Esq.

cc: *VIA PACER*
Grigor Law
Cynthia Attard, Esq.

No opposition having been filed to this request within the time limit provided in paragraph 2.A of the Court's Individual Practices, the request for relief is granted. Plaintiff shall respond to the document requests by October 7, 2026. All objections to the requests are deemed waived.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 23, 2026