UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

YOIDI A PAEZ

Plaintiff,

-v.-

JOSEPH REED et al.,

Defendants.

---------------------------------------------------------------x

ORDER

25 Civ. 4104 (JHR) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The Court has reviewed Ms. Attar's response to the Order to Show Cause. This response (Docket # 48) provides a reasonable explanation for counsel's failure to respond to the requests to confer on September 9 and 11, 2026. Accordingly, the Court finds that no sanction is warranted.

Dated: New York, New York
October 16, 2026

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge